**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MICHAEL CHARLES BAILEY,

    Plaintiff,

v.                                                                                                                             No. CV 21-571 JFR/CG

BETH MOHR, et al.,

    Defendants.

## ORDER RESETTING RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on Plaintiff's unopposed *Motion to Continue Rule 16 Scheduling Conference* (the "Motion"), (Doc. 8), filed October 14, 2021. In the Motion, Plaintiff indicates that his counsel-of-record—the only attorney from the firm who is licensed in New Mexico—will be chaperoning a sixth-grade field trip to Washington D.C. at the time of the previously-scheduled Rule 16 Scheduling Conference. *Id.* at 1. As such, Plaintiff requests that the Court reset the Rule 16 Scheduling Conference for "the week of November 22, 2021, or at such time the Court deems appropriate." *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Telephonic Rule 16 Scheduling Conference previously scheduled for **Thursday, November 18, 2021**, (Doc. 7), is reset and will be conducted by telephone on **November 23, 2021, at 10:00 a.m. MST.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE