**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MICHAEL CHARLES BAILEY,

    Plaintiff,

v.                                                                                         No. CV 21-571 MIS/CG

BETH MOHR, et al.,

    Defendants.

## ORDER EXTENDING DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Discovery Deadlines* (the "Motion"), (Doc. 24), filed February 28, 2022. In the Motion, the parties request a 30-day extension of the discovery deadlines, "due to scheduling issues, trial schedules and difficulties arising in obtaining Plaintiff's medical records from 10 years ago[.]" *Id.* at 1. The Court, having reviewed the Motion, noting that it is filed jointly and that no trial has been set in this matter, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's prior scheduling-related orders listed above shall be modified as follows:

1. Plaintiff's Fed. R. Civ. P. 26(a)(2)(B) expert disclosures shall be due by **March 15, 2022**;

2. Defendant's Fed. R. Civ. P. 26(a)(2)(B) expert disclosures shall be due by **April 15, 2022**;

3. Discovery shall close on **June 24, 2022**;

4. Motions relating to discovery shall be filed with the Court and served on the opposing party by **July 13, 2022**;

5. Pretrial motions, other than discovery motions, shall be filed with the Court and

served on the opposing party by **July 25, 2022**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 17), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE