IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL CHARLES BAILEY,

    Plaintiff,

v.                                                                 No. CV 21-571 MIS/CG

BETH MOHR, et al.,

    Defendants.

## ORDER EXTENDING DEFENDANTS' EXPERT DISCLOSURE DEADLINE

**THIS MATTER** is before the Court on Defendants' *Unopposed Motion to Extend their Expert Disclosure Deadline* (the "Motion"), (Doc. 26), filed March 29, 2022. In the Motion, Defendants request a 30-day extension of the deadline for Defendants to disclose their expert witnesses, because Defendants "ha[ve] not received all of Plaintiff's medical records at this time, and their counsel recently learned of new medical providers from a prior accident whose records are being requested and need to be reviewed by experts." *Id.* at 1. The Court, having reviewed the Motion and noting that it is unopposed, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants' Fed. R. Civ. P. 26(a)(2)(B) expert disclosures shall be due by **May 16, 2022**. All other deadlines contained in the Court's *Scheduling Order*, (Doc. 17), and the *Order Extending Discovery Deadlines*, (Doc. 25), remain in effect unless amended by further order of the Court.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE