**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MICHAEL CHARLES BAILEY,

    Plaintiff,

v.   No. CV 21-571 MIS/CG

BETH MOHR, et al.,

    Defendants.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the parties' settlement of this matter. *See* (Doc. 30). **IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **June 27, 2022**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE